IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Tammy L. Jordan, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. ) 12-1089-CV-W-JTM |
| Carolyn W. Colvin, | ) ) |
| Defendant. | ) ) |

# **O R D E R**

On September 12, 2013, the Court heard oral argument on the *Plaintiff's Initial Brief,* filed February 25, 2013, [Doc. 8] and the *Brief For Defendant*, filed June 12, 2013, [Doc. 15]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the September 12, 2013 oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.


 */s/ John T. Maughmer*
 **JOHN T. MAUGHMER**
 **U. S. MAGISTRATE JUDGE**